# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SABRINA JORDAN, | : |
|     Plaintiff | : |
| | :     No. 1:15-cv-1417 |
| v. | : |
| | :     (Judge Kane) |
| STERLING JEWELERS, INC., | : |
| t/d/b/a KAY JEWELERS, | :     (Magistrate Judge Carlson) |
|     Defendant | : |

## ORDER

Before the Court in the above-captioned action is the November 15, 2016 Report and Recommendation of Magistrate Judge Carlson. (Doc. No. 44.) No timely objections have been filed. **ACCORDINGLY**, this 7th day of December 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 44) of Magistrate Judge Carlson;

2. Defendant's motion for summary judgment (Doc. No. 33) is **GRANTED**; and

3. The Clerk of Court is directed to close the case.

                                                                   s/ Yvette Kane
                                                                   Yvette Kane, District Judge
                                                                   United States District Court
                                                                   Middle District of Pennsylvania